UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**NATHAN ROLLINS (#131530)**                      **CIVIL ACTION**

**VERSUS**

**BURL CAIN, WARDEN, ET AL.**                      **NO. 07-0463-C-M3**

### RULING AND ORDER

       This matter comes before the Court on the plaintiff's Motion to Compel Discovery, rec.doc.no. 22, pursuant to which he seeks production from the defendants of additional Court-ordered discovery. Considering, however, that the defendants have already produced documentation pertinent to the claims asserted herein, and considering that the defendants have now filed a motion to dismiss on the basis of qualified immunity, the assertion of which defense places limitations upon the conduct of discovery, see Schultea v. Wood, 47 F.3d 1427, 1432 (5th Cir. 1995),

       **IT IS ORDERED** that plaintiff's Motion to Compel Discovery, rec.doc.no. 22, be and it is hereby **DENIED,** without prejudice to the plaintiff's right to seek further discovery in the event that the defendants' motion to dismiss is denied.

       Signed in Baton Rouge, Louisiana, on August 25, 2008.

                                          **MAGISTRATE JUDGE DOCIA L. DALBY**