**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**NATHAN ROLLINS (#131530)**                                                **CIVIL ACTION**

**VERSUS**

**BURL CAIN, WARDEN, ET AL.**                                               **NO. 07-0463-C-M3**

**O R D E R**

    Considering the defendants' Motion to Stay Discovery pursuant to Schultea v. Wood, 47 F.3d 1427, 1432 (5th Cir. 1995), rec.doc.no. 19,

    **IT IS ORDERED** that the defendants' motion is **GRANTED**, and discovery is hereby **STAYED** in this proceeding pending resolution of the defendants' assertion of the defense of qualified immunity.

    Signed in Baton Rouge, Louisiana, on August 25, 2008.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**