UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NATHAN ROLLINS (#131530)

VERSUS

BURL CAIN, WARDEN, ET AL

CIVIL ACTION

NO. 07-463-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated March 18, 2009. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendant's Motion to Dismiss (rec. doc. 18) will be granted, dismissing the plaintiff's claims asserted herein, with prejudice.

Baton Rouge, Louisiana, April 24, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA